# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

San Francisco Venue

UNITED STATES OF AMERICA )
) Docket Number:
vs. ) 0971 3:10CR00445-001 JL
)
KELLY CHRISTINE NICHOLSON )
)

**ORDER TO MODIFY THE CONDITIONS OF PROBATION**

ON MOTION OF ALL PARTIES AND THE OFFENDER HAVING ADMITTED TO CHARGE ONE OF THE PETITION, THE COURT MODIFIES THE CONDITIONS OF PROBATION TO INCLUDE THE FOLLOWING:

**The offender shall participate in the Location Monitoring Program as directed by the probation officer for a period of six months, and be monitored by Radio Frequency (RF). Location monitoring shall be utilized to verify her compliance with a curfew while on the program. The offender is restricted to her residence everyday from 8:00 p.m. to 6:00 a.m., or as directed by the probation officer. The offender shall be responsible to pay for the entire amount of the cost of the monitoring.**

Date: March 3, 2015

Elizabeth D. Laporte
United States Magistrate Judge